DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Shannon<br><br>Case below:<br>182 N.C. App. 350 | No. 177A07 | AG's Motion to Withdraw NOA and PDR (COA06-418) | Allowed<br>11/05/07 |
|---|---|---|---|
| State v. Sharpe<br><br>Case below:<br>183 N.C. App. —<br>(5 June 2007) | No. 295P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1443) | Denied<br>10/11/07 |
| State v. Simon<br><br>Case below:<br>185 N.C. App. —<br>(7 August 2007) | No. 453P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1483) | Denied<br>10/11/07 |
| State v. Taylor<br><br>Case below:<br>179 N.C. App. 227 | No. 458P07 | Def's PWC to Review Decision of COA (COA05-1535) | Denied<br>11/08/07 |
| State v. Theer<br><br>Case below:<br>181 N.C. App. 349<br>(16 January 2007) | No. 098A07 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1640)<br><br>2. AG's Motion to Dismiss Appeal | 1. —<br><br><br>2. Allowed<br>10/11/07 |
| State v. Vanburen<br><br>Case below:<br>183 N.C. App. —<br>(5 June 2007) | No. 331P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-768) | Denied<br>10/11/07 |
| State v. Watts<br><br>Case below:<br>185 N.C. App. —<br>(21 August 2007) | No. 449P05-2 | 1. Def's PDR Under N.C.G.S. 7A-31 (COA04-874-2)<br><br>2. Def's Alternative PWC to Review Decision of COA | 1. Denied<br>11/08/07<br><br>2. Dismissed as Moot<br>11/08/07<br><br>**Hudson, J., Recused** |
| State v. White<br><br>Case below:<br>184 N.C. App. —<br>(3 July 2007) | No. 384P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1264) | Denied<br>10/11/07 |
| State v. White<br><br>Case below:<br>184 N.C. App. ___<br>(3 July 2007) | No. 385P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1387)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Allowed<br>10/11/07<br><br>3. Denied<br>10/11/07 |